ACCEPTED
01-15-00427-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
5/8/2015 10:21:46 AM
CHRISTOPHER PRINE
CLERK

NO. 2013-29901-A

| | | |
|---|---|---|
| MARY M. IACONO | § | IN THE DISTRICT COURT OF |
| | § | |
| | § | FILED IN<br>1st COURT OF APPEALS<br>HOUSTON, TEXAS<br>5/8/2015 10:21:46 AM<br>CHRISTOPHER A. PRINE<br>Clerk |
| | § | |
| VS | § | HARRIS COUNTY, T E X A S |
| | § | |
| . | § | |
| OMNI HOTELS MANAGEMENT CORP. | § | 215TH JUDICIAL DISTRICT |

## PLAINTIFF MARY IACONO'S NOTICE OF APPEAL

Pursuant to Texas Rules of Appellate Procedure 25.1, Plaintiff Mary Iacono files this notice of appeal.

1.     This appeal is taken from cause number 2013-29901-A in the 215th Judicial District Court of Harris County, Texas, the Honorable Elaine Palmer presiding.

2.     The style of the case is Mary Iacono vs Omni Hotels Management Corp., Stanley Black & Decker, Inc. and Stanley Access Technologies LLC; Cause No. 2013-29901-A

3.     The Plaintiff Mary Iacono desires to appeal the trial court's granting of Defendants' Stanley Black & Decker, Inc. and Stanley Access Technologies LLC First Amended Partial Motion for Summary Judgment, by orders signed on January 16, 2015 and February 16, 2015.

4.     This appeal is taken to the First or Fourteenth Court of Appeals in Houston, Texas.


Respectfully submitted,


The Law Offices of Hugh J. Howerton P.L.L.C.


*-S- Hugh J. Howerton*
Hugh J. Howerton
TBA No. 10117950
13030 Rummel Creek
Houston, Texas 77079
(713) 984-9848
(713) 984-8894 (fax)

e-mail:hjhowerton@comcast.net
ATTORNEY FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

       I hereby certify that a true and correct copy of the foregoing instrument was forwarded to all counsel of record by fax on May 6, 2015.

*-S- Hugh J. Howerton*
Hugh J. Howerton

Clerk, First Court of Appeals
1307 San Jacinto, 10th Floor
Houston, Texas 77002

Clerk, Fourteenth Court of Appeals
1307 San Jacinto 11th Floor
Houston, Texas 77002

R.Clay Hoblit
Hoblit Ferguson Darling LLP
2000 Frost Bank Plaza
802 North Carancahua
Corpus Christi, Texas 78401
Via fax

George P. Pappas
Sheehy, Ware & Pappas, P.C.
2500 Two Houston Center
909 Fannin Houston, Texas 77010
Via fax